Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−17886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Frank L. Eagan III                                Theresa M. Eagan
   317 Twin Oaks Drive                         317 Twin Oaks Drive
   Toms River, NJ 08753                      Toms River, NJ 08753

Social Security No.:
   xxx−xx−8581                                      xxx−xx−9223

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: July 24, 2017
JAN: admi

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Frank L. Eagan, III  
Theresa M. Eagan  
      Debtors

Case No. 17-17886-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 24, 2017  
                 Form ID: finmgtc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.  
db/jdb      +Frank L. Eagan, III,    Theresa M. Eagan,    317 Twin Oaks Drive,    Toms River, NJ 08753-3526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2017 23:57:33      U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534  
smg      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2017 23:57:29      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                   TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Christopher G. Cassie    on behalf of Debtor Frank L. Eagan, III ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Christopher G. Cassie    on behalf of Joint Debtor Theresa M. Eagan ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Lee Martin Perlman    on behalf of Debtor Frank L. Eagan, III ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Lee Martin Perlman    on behalf of Joint Debtor Theresa M. Eagan ecf@newjerseybankruptcy.com, lmpcourt@gmail.com  
       Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 8