| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**LEE M. PERLMAN**<br>Attorney at Law<br>1926 Greentree Road, Suite 100<br>Cherry Hill, New Jersey 08003<br>856-751-4224<br>Attorney for Debtor |
| RE: FRANCIS (III) L. & THERESA M. EAGAN |

Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-17886

Chapter 13 Hearing Date:

6/3/2020 @ 9am

Judge:  CMG

# ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT

    The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED.**

**DATED: June 4, 2020**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

LEE M. PERLMAN
ATTORNEY AT LAW
1926 GREENTREE ROAD, SUITE 100
CHERRY HILL, NEW JERSEY 08003
(856) 751-4224
ATTORNEY FOR DEBTORS, FRANCIS (III) L. & THERESA M. EAGAN

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE | CHAPTER 13 |
| FRANCIS (III) L. & THERESA M. EAGAN | CASE NO.: 17-17886-CMG |
| Debtor | **ORDER GRANTING DEBTOR'S MOTION TO DEEM MORTGAGE CURRENT** |

This matter having come before the Court on the application of debtors, Francis (III) L. & Theresa M. Eagan by and through their counsel, Lee M. Perlman, Esquire, and due notice of this Motion having been given to all parties in interest, and the Court having reviewed the moving papers, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. A pre-petition arrearage claims of Wells Fargo Bank, N.A. have been paid in full through the confirmed Chapter 13 Plan.

2. All regular, post-petition mortgage payments have been made by the debtor through and including the payment due for May 2020.

3. The mortgage obligation to Wells Fargo Bank, N.A. is hereby deemed current as of June 3rd, 2020.