UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtor

RE: FRANCIS (III) L. & THERESA M. EAGAN

**Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-17886

Chapter 13 Hearing Date:

6/3/2020 @ 9am

Judge:  CMG

**ORDER GRANTING MOTION TO DEEM MORTGAGE CURRENT**

The relief set forth on the following pages, numbered two (2) through (2) is hereby
**ORDERED.**

**DATED: June 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 GREENTREE ROAD, SUITE 100**
**CHERRY HILL, NEW JERSEY 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTORS, FRANCIS (III) L. & THERESA M. EAGAN**

---

UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| FRANCIS (III) L. & THERESA M. EAGAN | : | CASE NO.: 17-17886-CMG |
| | : | |
| Debtor | : | **ORDER GRANTING DEBTOR'S** |
| | : | **MOTION TO DEEM MORTGAGE** |
| | : | **CURRENT** |
| | : | |

---

This matter having come before the Court on the application of debtors, Francis (III) L. & Theresa M. Eagan by and through their counsel, Lee M. Perlman, Esquire, and due notice of this Motion having been given to all parties in interest, and the Court having reviewed the moving papers, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. A pre-petition arrearage claims of Wells Fargo Bank, N.A. have been paid in full through the confirmed Chapter 13 Plan.

2. All regular, post-petition mortgage payments have been made by the debtor through and including the payment due for May 2020.

3. The mortgage obligation to Wells Fargo Bank, N.A. is hereby deemed current as of June 3rd, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-17886-CMG
Frank L. Eagan, III                                                 Chapter 13
Theresa M. Eagan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 04, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db/jdb         +Frank L. Eagan, III,   Theresa M. Eagan,   317 Twin Oaks Drive,   Toms River, NJ 08753-3526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Aleksander Piotr Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
        alex@winstonandwinston.com
        Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor   Fifth Third Bank dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Lee Martin Perlman   on behalf of Joint Debtor Theresa M. Eagan ecf@newjerseybankruptcy.com,
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
        Lee Martin Perlman   on behalf of Debtor Frank L. Eagan, III ecf@newjerseybankruptcy.com,
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
        Rebecca Ann Solarz   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
        Robert  Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj@fedphe.com
        Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
        nj.bkecf@fedphe.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 11