**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank L. Eagan III | Social Security number or ITIN xxx–xx–8581 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Theresa M. Eagan | Social Security number or ITIN xxx–xx–9223 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17886–CMG | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank L. Eagan III                          Theresa M. Eagan

7/8/20                                      **By the court:** <u>Christine M. Gravelle</u>
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17886-CMG
Frank L. Eagan, III                                                     Chapter 13
Theresa M. Eagan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 2            Date Rcvd: Jul 08, 2020
                                Form ID: 3180W             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
```
db/jdb       +Frank L. Eagan, III,    Theresa M. Eagan,    317 Twin Oaks Drive,    Toms River, NJ 08753-3526
cr           +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,    708 Third Avenue,
               5th Floor, Suite 142,    New York, NY 10017-4201
cr           +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
516774184    +Chase Auto Finance,    National Bankruptcy Dept,    Po Box 29506,    Phoenix, AZ 85038-9506
516774186    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
               Saint Louis, MO 63179-0040
516829442    +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
517012168    +Greensky LLC,   1797 NE Expressway,    Ste 100,    Atlanta, GA 30329-2451
516774191    +Suntrustbank/gs Loan S,    1797 Ne Expressway,    Atlanta, GA 30329-7803
516962257    +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516865685     Wells Fargo Bank, N.A.,    C/O Wells Fargo Bank, N.A., as servicer,
               Attn: Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
               Eagan, MN  55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516891001     EDI: BECKLEE.COM Jul 09 2020 03:53:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516774182    +EDI: AMEREXPR.COM Jul 09 2020 03:53:00      Amex,    Correspondence,    Po Box 981540,
               ElPaso, TX 79998-1540
516774180    +EDI: AMEREXPR.COM Jul 09 2020 03:53:00      Amex,    Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
516774183    +EDI: BANKAMER.COM Jul 09 2020 03:53:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
516774187    +EDI: WFNNB.COM Jul 09 2020 03:53:00      Comenitycapital/boscov,    Comenity Bank,
               Po Box 182125,    Columbus, OH 43218-2125
516774188    +EDI: WFNNB.COM Jul 09 2020 03:53:00      Comenitycapital/yrtui,    Po Box 182120,
               Columbus, OH 43218-2120
517033250     EDI: Q3G.COM Jul 09 2020 03:53:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
               PO Box 657,    Kirkland, WA 98083-0657
516774189    +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 09 2020 00:49:23     Fifth Third Bank,
               1830 East Paris Ave,    Grand Rapids, MI 49546-8803
516774190    +EDI: WFFC.COM Jul 09 2020 03:53:00      Furniturebar,    Po Box 94498,    Las Vegas, NV 89193-4498
516889168     EDI: CAUT.COM Jul 09 2020 03:53:00      JP Morgan Chase,    POB 29505,    Phoenix, AZ  85038-9505
516774185     EDI: JPMORGANCHASE Jul 09 2020 03:53:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
               Wilmington, DE 19850
516881665     EDI: JPMORGANCHASE Jul 09 2020 03:53:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. BOX 901032,    Ft. Worth, TX 76101-2032
517021775    +EDI: MID8.COM Jul 09 2020 03:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN, MI 48090-2011
517054244     EDI: PRA.COM Jul 09 2020 03:53:00      Portfolio Recovery Associates, LLC,
               c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516896677     EDI: Q3G.COM Jul 09 2020 03:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
516774192    +EDI: RMSC.COM Jul 09 2020 03:53:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
               Orlando, FL 32896-5060
516774193    +EDI: RMSC.COM Jul 09 2020 03:53:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 956060,    Orlando, FL 32896-0001
516774194     EDI: TDBANKNORTH.COM Jul 09 2020 03:53:00      TD Bank, N.A.,    Attn: Bankruptcy,
               32 Chestnut St,    Lewiston, ME 04243
516774195     EDI: TDBANKNORTH.COM Jul 09 2020 03:53:00      Td Banknorth,    Attn: Bankruptcy,    Po Box 1190,
               Lewston, ME 04243
516774196     EDI: WFFC.COM Jul 09 2020 03:53:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701
516993519     EDI: WFFC.COM Jul 09 2020 03:53:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
                                                                                              TOTAL: 23
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516774181*      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jul 08, 2020
                              Form ID: 3180W           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Aleksander Piotr Powietrzynski    on behalf of Creditor     JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor     Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Frank L. Eagan, III ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Theresa M. Eagan ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. rsolarz@kmllawgroup.com
              Robert    Davidow     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 11
```