Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−17886−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frank L. Eagan III                                  Theresa M. Eagan
317 Twin Oaks Drive                              317 Twin Oaks Drive
Toms River, NJ 08753                            Toms River, NJ 08753

Social Security No.:
  xxx−xx−8581                                     xxx−xx−9223

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 12, 2020</u>              <u>Christine M. Gravelle</u>
                                                   Judge, United States Bankruptcy Court